

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00746-CV

**IN RE** John (Jack) **PALAU**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Patricia O. Alvarez, Justice
               Beth Watkins, Justice

Delivered and Filed: November 6, 2019

PETITION FOR WRIT OF PROHIBITION DENIED

On October 23, 2019, relator filed a petition for writ of prohibition. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of prohibition is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 19-144, styled *Act Investments, Inc.; et al v. John (Jack) Palau; et al.*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.